(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oahu Sugar Company, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Oahu Sugar Company, Limited** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**14-1864577** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**900 North Michigan Avenue, Suite 1400<br>Chicago, IL 60611** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ■ Other  **Limited Liability Co.** | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

(Official Form 1) (12/03)

FORM B1, Page 2

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Oahu Sugar Company, LLC |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: Amfac Hawaii LLC - See attached list. | Case Number: 02-07637 | Date Filed: 2/27/02 |
|---|---|---|
| District: Northern District of Illinois, Eastern Division | Relationship: Affiliates | Judge: Hon. Bruce W. Black |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X /s/ Timothy R. Casey
Signature of Attorney for Debtor(s)
**Timothy R. Casey ARDC No. 6180828**
Printed Name of Attorney for Debtor(s)
**Gardner Carton & Douglas LLP**
Firm Name
**191 N Wacker Dr**
**Chicago, IL 60606-1698**
Address
**(312) 569-1201  Fax: (312) 569-3201**
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Gailen Hull**
Printed Name of Authorized Individual
**Vice President**
Title of Authorized Individual
April 13, 2005
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## List of Pending Bankruptcies of Affiliates of Oahu Sugar Company, LLC pending in the U.S. Bankruptcy Court for the Northern District of Illinois

| Debtor | Case No. | Date Filed | Relationship | Judge |
|---|---|---|---|---|
| Amfac Hawaii LLC | 02-07637 | 2/27/02 | Affiliate | Hon. Bruce W. Black |
| Pioneer Mill Company, Limited | 02-07662 | 2/27/02 | Affiliate | Hon. Bruce W. Black |
| FHT Corporation | 02-07650 | 2/27/02 | Affiliate | Hon. Bruce W. Black |
| Kaanapali Estate Coffee, Inc. | 02-07657 | 2/27/02 | Affiliate | Hon. Bruce W. Black |
| Amfac Holding Corp. | 02-07642 | 2/27/02 | Affiliate | Hon. Bruce W. Black |
| Amfac Land Company, Limited | 02-07646 | 2/27/02 | Affiliate | Hon. Bruce W. Black |
| Kaanapali Development Corp. | 02-07654 | 2/27/02 | Affiliate | Hon. Bruce W. Black |
| KDCW, Inc. | 02-07660 | 2/27/02 | Affiliate | Hon. Bruce W. Black |
| The Lihue Plantation Company, Limited | 02-07663 | 2/27/02 | Affiliate | Hon. Bruce W. Black |
| Waikele Golf Club Inc. | 02-07665 | 2/27/02 | Affiliate | Hon. Bruce W. Black |

CH01/ 12419089.1

# CERTIFICATE OF RESOLUTIONS

I, Karen M. Ewing, Secretary of Oahu Sugar Company, LLC, a Delaware limited liability company (the "Company"), do hereby certify that: (a) I am the duly elected, qualified and acting Secretary of the Company; (b) the following resolutions were duly adopted by the sole member of the Company as of April 13, 2005, in accordance with the requirements of Delaware limited liability company law; and (c) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

RESOLVED, that Oahu Sugar Company, LLC shall be, and hereby is, authorized to: (a) file a voluntary petition (the "Petition") for relief under chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Illinois or such other court as the appropriate officer or officers of Oahu Sugar Company, LLC shall determine to be appropriate (the "Bankruptcy Court") and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

"FURTHER RESOLVED, that the chairman, any executive vice president, any senior vice president, any vice president or the secretary or any assistant secretary of Oahu Sugar Company, LLC (collectively, the "Designated Officers") shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of and in the name of the Oahu Sugar Company, LLC to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Office); (b) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Designated Officer may approve;

"FURTHER RESOLVED, that the Designated Officers of the Oahu Sugar Company, LLC shall be, and each of them hereby is, authorized, directed and empowered to retain, on behalf of the Oahu Sugar Company, LLC; (a) Gardner Carton & Douglas LLP; and (b) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, consultants or brokers, in each case as in such officer's or officers' judgment may be necessary in connection with Oahu Sugar Company, LLC's chapter 7 case and other related matters, on such terms as such officer or officers shall approve;

"FURTHER RESOLVED, that the law firms of Gardner Carton & Douglas LLP and any additional special or local counsel selected by the Designated Officers, if any, and hereby are, authorized, empowered and directed to represent Oahu Sugar Company, LLC, as debtor, in connection with any chapter 7 case commenced by or against it under the Bankruptcy Code;

"FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officers of Oahu Sugar Company, LLC, each of the officers of Oahu Sugar Company, LLC or their designees shall be, and each of them, acting alone, hereby

CH01/ 12419074.1

is, authorized, directed and empowered, in the name of and on behalf of Oahu Sugar Company, LLC, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and

"FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of Oahu Sugar Company, LLC in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved."

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the 13th day of April, 2005.

*Karen M. Ewing*
Karen M. Ewing
Secretary, Pioneer Mill Company, LLC
As Sole Member of Oahu Sugar Company, LLC

CH01/ 12419074.1